# TRANSCRIPT ORDER FORM (DKT-13) - READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING

District Court EASTERN DISTRICT OF TEXAS          District Court Docket No. 15-CV-01470-JRG

Short Case Title CEATS, INC. V. TICKETNETWORK, ET AL.

**ONLY ONE COURT REPORTER PER FORM** Court Reporter SHAWN MCROBERTS

Date Notice of Appeal Filed in the District Court 04/09/2024          Court of Appeals No. 24-40230

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**

☐No hearings ☐Transcript is unnecessary for appeal purposes ☐Transcript is already on file in the Clerk's Office

**OR**

**Check all of the following that apply, include date of the proceeding.**

This is to order a transcript of the following proceedings: ☐Bail Hearing _____ ☐Voir Dire _____
☐Opening Statement of Plaintiff _____ ☐Opening Statement of Defendant _____
☐Closing Argument of Plaintiff _____ ☐Closing Argument of Defendant: _____
☐Opinion of court _____ ☐Jury Instructions _____ ☐Sentencing _____

Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| 03/05/2024 | EVIDENTIARY HEARING | GILSTRAP |
| | | |
| | | |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**

**B.** This is to certify satisfactory financial arrangements have been made. **Method of Payment:**
■Private Funds; ☐Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐Other IFP Funds; ☐Advance Payment Waived by Reporter; ☐U.S. Government Funds

☐Other_____

Signature  /S/ GEORGE L. HAMPTON IV          Date Transcript Ordered 04/15/2024

Print Name GEORGE L. HAMPTON IV          Phone 949-468-3200

Counsel for CEATS, INC.

Address Ferguson Braswell Fraser Kubasta PC, 575 Anton Blvd. Suite 750, Costa Mesa, CA 92626

Email of Attorney: GHAMPTON@FBFK.LAW

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
| | | | |

Payment arrangements have NOT been made or are incomplete.

Reason: ☐Deposit not received ☐Unable to contact ordering party ☐Awaiting creation of CJA 24 eVoucher

          ☐Other (Specify) _____

Date _____ Signature of Reporter _____ Tel._____

Email of Reporter _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____          Actual Number of Volumes_____

Date _____ Signature of Reporter _____

Case: 24-40230          Document: 20          Date Filed: 04/30/2024